tion by Morton B. Marshall against Edward S. Wiltbank. No opinion. Interlocutory judgment affirmed, with costs, with leave to defendant, within 20 days, to withdraw demurrer and answer, upon payment of costs of the trial court and of this appeal.

MASCHETTO, Respondent, v. FITZGERALD et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Litterio Maschetto against Herbert W. Fitzgerald and another. No opinion. Judgment and order affirmed, with costs.

MATTHEWS, Appellant, v. VICTOR HOTEL CO., Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Franklin Matthews against the Victor Hotel Company. R. Lewis, for appellant. A. S. Weltfisch, for respondent. No opinion. Determination (74 Misc. Rep. 426, 132 N. Y. Supp. 375) affirmed, with costs. Order filed.

, MEADE, Respondent, v. LA MARCHE, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1912.) Action by Thomas J. Meade against Arthur E. La Marche. No opinion. Motion denied. See, also, 134 N. Y. Supp. 479.

MENCZER et al., Appellants, v. AMERICAN BONDING CO. OF BALTIMORE, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Charles S. Menczer and others against the American Bonding Company of Baltimore. L. M. Prince, for appellants. G. B. Covington, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MERRITT, Appellant, v. SCOTT, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Harry C. Merritt against William A. Scott. No opinion. Order affirmed, with $10 costs and disbursements.

METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. MONTGOMERY. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by the Metropolitan Trust Company of the City of New York against Richard M. Montgomery. Judgment for plaintiff, and defendant moves for an order reducing same. Judgment reversed, and new trial ordered, unless plaintiff accepts reduction. Orlando P. Metcalf, of New York City, for the motion. Parsons, Closson & McIlvaine, of New York City, opposed.

PER CURIAM. Judgment reversed, and a new trial ordered, unless the plaintiff stipulates to reduce the judgment as entered, by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor, and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment, as so modified, and the order appealed from, should be affirmed, without costs.

METROPOLITAN TRUST CO. OF CITY OF NEW YORK v. PARKES. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Appeal from Special Term, New York County. Action by the Metropolitan Trust Company of the City of New York against James Parkes. From a judgment overruling his motion to reduce a judgment, defendant appeals. Reversed, and new trial ordered conditionally. Orlando P. Metcalf, of New York City, for the motion. Parsons, Closson & McIlvaine, of New York City, opposed.

PER CURIAM. Judgment reversed, and a new trial ordered, unless the plaintiff stipulates to reduce the judgment as entered, by deducting therefrom the defendant's proportionate amount of the coupons delivered to the principal debtor, and also the amount in excess of the legal interest which the principal debtor has paid to the defendant, in which event the judgment, as so modified, and the order appealed from, should be affirmed, without costs.

MEYER v. BERMUDA-ATLANTIC S. S. CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Charles F. Meyer against the Bermuda-Atlantic Steamship Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 134 N. Y. Supp. 886.

MEYER, Respondent, v. MEYER, Appellant. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Ada E. Meyer against Louis G. Meyer. T. O'Callaghan, for appellant. M. C. Katz, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

MEYER v. MEYER. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Ada E. Meyer against Louis G. Meyer. No opinion. Motion denied, with $10 costs. Order filed. See, also, supra.

MEYERS, Appellant, v. MANTELL, Respondent. (Supreme Court, Appellate Division, Second Department. June 7, 1912.) Action by William Meyers against Max Mantell. No opinion. Motion denied, without costs, without prejudice to renew at the Appellate Term.

MIERKE, Appellant, v. JEFFERSON COUNTY SAVINGS BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by

Henry J. Mierke, as administrator, etc., against the Jefferson County Savings Bank.

PER CURIAM. Judgment (134 N. Y. Supp. 44) affirmed, with costs.

KRUSE, J., dissents.

---

MILLER, Appellant, v. MEYERS, Respondent. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Albert Miller, also known as "the great Howard," against Joe Meyers. A. F. Driscoll, for appellant. G. E. Joseph, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Brooks v. Racich Asbestos Co., 137 App. Div. 208, 123 N. Y. Supp. 1108. Order filed. See, also, 75 Misc. Rep. 297, 135 N. Y. Supp. 73.

---

MILLS et al. v. KNICKERBOCKER HAT CO. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by L. Hayworth Mills and others against the Knickerbocker Hat Company. No opinion. Application denied, with $10 costs. Order signed. See, also, 135 N. Y. Supp. 5.

---

MITCHELL, Respondent, v. PETER COOPER'S GLUE FACTORY, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1912.) Action by Michael Mitchell against Peter Cooper's Glue Factory. No opinion. Judgment and order unanimously affirmed, with costs.

---

MIZAK, Respondent, v. CARBORUNDUM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by Paul Mizak against the Carborundum Company. No opinion. Order (75 Misc. Rep. 205, 132 N. Y. Supp. 1104), affirmed, with $10 costs and disbursements.

---

MOLONEY, Appellant, v. PRATT et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by John Moloney, as executor, etc., of Laura G. Barnard, deceased, against Charles N. Pratt and others. No opinion. Order and judgment unanimously affirmed, with costs, on the authority of Rogers v. Patterson, 79 Hun, 483, 29 N. Y. Supp. 963, affirmed 150 N. Y. 560, 44 N. E. 1128.

---

MOONEY, Respondent, v. LEVENSON, Appellant. (Supreme Court, Appellate Division, First Department. June 22, 1912.) Action by Thomas J. Mooney against Morris Levenson. A. Rosenstein, for appellant. G. M. Hulbert; for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

MOORE, Appellant, v. LOMB, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1912.) Action by Jennie Moore against Carl F. Lomb.

PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents. FOOTE, J., not sitting.

---

MORGAN et al., Appellants, v. UNITED STATES MORTGAGE & TRUST CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 15, 1912.) Action by J. Hewitt Morgan and another, as trustees, etc., against the United States Mortgage & Trust Company.

PER CURIAM. Judgment and orders affirmed, with costs. See same case, on former appeal, 125 App. Div. 22, 109 N. Y. Supp. 274. See, also, 128 App. Div. 915, 112 N. Y. Supp. 1138.

McLENNAN, P. J., and ROBSON, J., dissent.

---

MORTON, Respondent, v. DONCHIAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by J. Hatfield Morton against Dikran B. Donchian and another. C. B. Bretzfelder, for appellants. J. B. Engel, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MOSES, Appellant, v. SALOMON, Respondent. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by Moss F. Moses against Walter J. Salomon. C. J. Heermance, for appellant. W. H. Bond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 408.

---

MURPHY, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by William M. Murphy, as administrator, against the City of New York. W. L. Killoullen, for appellant. H. Crone, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

---

MURRAY & HILL CO. v. BOREAS REALTY CO. et al. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company and others. E. W. S. Johnstone, for appellant. G. P. Brush, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, infra.

---

MURRAY & HILL CO. v. BOREAS REALTY CO. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Murray & Hill Company against the Boreas Realty Company. With this case have been consolidated in this court cases bearing titles as follows: Agnes K. M. Mulligan v. David B.